**ORIGINAL**

FILED IN CHAMBERS
U.S.D.C. Atlanta

MAR 1 8 2014

JAMES N. HATTEN, Clerk
By: *[signature]*
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ROBERT L. KNUPP AND<br>JAMES A. TUCKER | Criminal Indictment<br><br>No.  1:14CR0091 |

THE GRAND JURY CHARGES THAT:

### Count One

**CONSPIRACY**

(18 U.S.C. § 286)

Introduction

At all times relevant to this indictment:

1. Defendants **ROBERT L. KNUPP ("KNUPP")** and **JAMES A. TUCKER ("TUCKER")** resided in the Northern District of Georgia.

2. The Internal Revenue Service ("IRS") was and is an agency of the United States Department of the Treasury and is responsible for administering and enforcing the federal tax laws of the United States of America.

3. IRS Form 1099-OID, Original Issue Discount ("IRS Form 1099-OID") was and is a form used to report certain types of income and federal income taxes withheld.

4. U.S. Individual Income Tax Return ("IRS Form 1040") was and is the form most individual taxpayers use to report, among other information, their income,

deductions, and credits, as well as any federal tax withholdings that have been made, for a given tax year.

5. Defendants **KNUPP**, **TUCKER**, and others known and unknown to the grand jury, devised a scheme to help individuals obtain fraudulent refunds from the IRS.

6. As part of the scheme, defendants **KNUPP** and **TUCKER** prepared, on behalf of various individuals, false IRS Forms 1099-OID claiming fictitious income tax withholdings, and false IRS Forms 1040 claiming fraudulent refunds.

### The Conspiracy

7. From on or about January 1, 2009, until on or about October 2, 2009, in the Northern District of Georgia and elsewhere, defendants **KNUPP**, **TUCKER**, and others known and unknown to the grand jury knowingly conspired to defraud the United States, by obtaining and aiding to obtain the payment and allowance of false, fictitious, and fraudulent claims on behalf of others by preparing and submitting false claims for income tax refunds with the United States Department of the Treasury through the Internal Revenue Service.

8. To accomplish the object of this conspiracy, Defendants **KNUPP**, **TUCKER**, and others known and unknown to the grand jury engaged in the following acts, among others:

a) Defendants **KNUPP** and **TUCKER** would and did agree to prepare and file false IRS Forms 1040, for various individuals, claiming fictitious income and withholdings to obtain fraudulent tax refunds that said individuals were not entitled to receive.

b) Defendants **KNUPP** and **TUCKER** would and did recruit individuals into the fraudulent tax return scheme through seminars, consultations, and correspondence.

c) Defendant **TUCKER** would and did solicit personal information from individuals, such as social security numbers, addresses and other information, to prepare for those individuals false IRS Forms 1099-OID, claiming fictitious withholdings, and to prepare fraudulent IRS Forms 1040, claiming false tax refunds those individuals were not entitled to receive.

d) After preparing, for the individuals, false IRS Forms 1099-OID and fraudulent draft IRS Forms 1040, defendant **TUCKER** would and did refer those individuals to defendant **KNUPP** so that defendant **KNUPP** could finalize and file the fraudulent IRS Forms 1040 with the IRS.

e) Using the false IRS Forms 1099-OID and the fraudulent draft IRS Forms 1040 prepared by defendant **TUCKER**, defendant **KNUPP** would and did finalize the fraudulent IRS Forms 1040 for those individuals and would and did file the fraudulent IRS Forms 1040 with the IRS. The fraudulent IRS Forms 1040 filed by defendant **KNUPP** falsely reported, among other things, that certain federal income tax amounts had been withheld, when in fact, such withholdings had not been made. Because the withholdings amounts on these IRS Forms 1040 were overstated, the fraudulent IRS Forms 1040 claimed refund amounts that the individuals, in whose names they were filed, were not entitled to receive.

f) Defendant **TUCKER** would and did counsel individuals on how to submit frivolous letters to the IRS to persuade the IRS that the IRS Forms 1040 were legitimate and to persuade the IRS to release the false refunds claimed.

All in violation of Title 18, United States Code, Section 286.

## Counts Two through Eight

## AIDING AND ASSISTING IN THE PREPARATION AND PRESENTATION OF FALSE INCOME TAX RETURNS
(26 U.S.C. § 7206(2))

9. Paragraphs one through four are incorporated herein. On or about each date listed below, referenced in Column A, in the Northern District of Georgia, the defendant(s), referenced in Column B, did willfully aid and assist in, and procure, counsel, and advise the preparation and presentation to the Internal Revenue Service, of U.S. Individual Income Tax Returns, IRS Forms 1040, for the taxpayers and calendar years hereinafter specified in Columns C and D. The returns were false and fraudulent as to material matters, in that they overstated the Taxable Interest, on Line 8a of the IRS Form 1040, and in that they overstated the Total Payments, on Line 71 of the IRS Form 1040, as set forth in Column E, whereas, as the defendant(s) then and there knew, the taxpayers did not earn interest in the claimed amounts and the claimed tax payments had not been made to the IRS.

| Count | Column A<br>Date | Column B<br>Defendant(s) | Column C<br>Taxpayer | Column D<br>Tax Year | Column E<br>Falsely Claimed Items |
|---|---|---|---|---|---|
| 2 | 3/23/2009 | **TUCKER** and **KNUPP** | M.H. | 2008 | Line 8a "Taxable Interest"- $97,054 & & Line 71 "Total Payments"- $102,480" |
| 3 | 3/26/2009 | **TUCKER** and **KNUPP** | E.W. | 2008 | Line 8a "Taxable Interest"- $46,668 & Line 71 "Total Payments"- $46,221" |
| 4 | 4/16/2009 | **TUCKER** and **KNUPP** | D.B. | 2008 | Line 8a "Taxable Interest"- $50,341 & Line 71 "Total Payments"- $50,219" |
| 5 | 4/16/2009 | **TUCKER** and **KNUPP** | J.B. | 2008 | Line 8a "Taxable Interest"- $50,341 & Line 71 "Total Payments"- $50,219" |
| 6 | 1/22/2009 | **KNUPP** | **KNUPP** | 2008 | Line 8a "Taxable Interest"- $78,536 & Line 71 "Total Payments"- $78,511" |
| 7 | 2/27/2009 | **KNUPP** | D.M. | 2008 | Line 8a "Taxable Interest"- $271,797 & Line 71 "Total Payments- $274,847" |
| 8 | 3/15/2009 | **KNUPP** | T.U. | 2008 | Line 8a "Taxable Interest"- $70,914 & Line 71 "Total Payments"- $72,784" |

All in violation of Title 26, United States Code, Section 7206(2).

## Counts Nine through Ten

## MAKING AND SUBCRIBING FALSE TAX RETURNS
(26 U.S.C. § 7206(1))

10. Paragraphs one through four are incorporated herein. On or about the dates hereinafter set forth in Column A, in the Northern District of Georgia, Defendant **KNUPP**, a resident of Marietta, Georgia, did willfully make and subscribe false U.S. Individual Income Tax Returns, IRS Forms 1040, for calendar years hereinafter specified in Columns B, which were verified by a written declaration that his returns were made under the penalties of perjury and which he did not believe to be true and correct as to every material matter. The false U.S. Individual Tax Returns, referenced below, which were filed with the IRS, were false in that they overstated the total tax payments made, on the line of the IRS Form 1040 set forth in Column C, whereas, as **KNUPP** then and there knew that the claimed tax payments had not been made to the IRS.

| Count | Column A<br>Date | Column B<br>Tax Year | Column C<br>Falsely Claimed Item |
|---|---|---|---|
| 9 | 9/30/2008 | 2005 | Line 71 "Total Payments-$2,937" |
| 10 | 9/30/2008 | 2006 | Line 72 "Total Payments-$2,535" |

All in violation of Title 26, United States Code, Section 7206(1).

A _____True_____ BILL

_____Judith Bass_____
FOREPERSON

SALLY QUILLIAN YATES
*United States Attorney*

CHRISTOPHER C. BLY
*Assistant United States Attorney*
Georgia Bar No. 064634

KIMBERLY SHARTAR
*Trial Attorney, Department of Justice Tax Division*
Virginia Bar No. 77308

600 U.S. Courthouse
75 Spring Street, S.W.
Atlanta, GA 30303
404-581-6000; Fax: 404-581-6181